**UNITED STATES OF AMERICA,**
**Plaintiff–Appellee**

v.

**SOUKSAVATH NOI KEOMISY, also known as Noi, Defendant–Appellant.**

No. 09–10715
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern Dis-

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trict of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Donna Marie Hoffmann, Esq., Dallas, TX, for Defendant–Appellant.

Souksavath Noi Keomisy, FCI Three Rivers, Three Rivers, TX, pro se.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM.*

The attorney appointed to represent Souksavath Noi Keomisy has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Keomisy has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.